EDWARD W. LUKAS, JR., State Bar No. 155214
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929
Email: elukas@hfdclaw.com

JS-6

LEIGH C. TAGGART (pro hac vice)
BRIAN D. WASSOM (pro hac vice)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
39400 Woodward Ave., Ste. 101
Bloomfield Hills, MI 48304-5151
Telephone:  (248) 566-8490
Email: LTaggart@honigman.com
       BWassom@honigman.com

Attorneys for Plaintiff,
KRBL LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KRBL LIMITED, | Case No. 2:16:CV:02431 PA (GJSx) |
| Plaintiff, | CONSENT JUDGMENT AND PERMANENT INJUNCTION |
| vs. | |
| OVERSEAS FOOD DISTRIBUTION, LLC | |
| Defendants. | |

This Court, having considered the request of the Parties to enter the following relief, and such relief appearing reasonable under the circumstances,

The Court finds as follows:

On May 26, 2016, this Court entered a Preliminary Injunction. Plaintiff KRBL Limited ("KRBL") and Defendant Overseas Food Distribution, LLC ("OFD")

1  have now stipulated to the entry of the following Consent Judgment and Permanent
2  Injunction.
3          The parties agree and the Court finds as follows:
4      A.    Plaintiff KRBL has brought this action asserting its registered U.S.
5  copyright and its trade dress rights, and OFD denied the allegations.
6      B.    Plaintiff KRBL's claims relate to the following packaging (the "KRBL
7  Trade Dress"):



C.    Defendant OFD has sold a brand of basmati rice known as "India Salaam" in the following packaging (the "INDIA SALAAM Packaging"):




D. The INDIA SALAAM Packaging is strikingly similar to the KRBL Trade Dress, and therefore infringes KRBL's copyright interests in same. Further, the INDIA SALAAM Packaging is likely to cause confusion in the marketplace with the KRBL Trade Dress, and therefore infringes KRBL's trade dress rights in same.

E. The Parties have reached a negotiated settlement memorialized in a Settlement Agreement between the Parties, and request that the Court enter the following relief.

Therefore, JUDGMENT IS HEREBY ENTERED in favor of KRBL.

Pursuant to Fed. R. Civ. P. 65, it is hereby ORDERED that Defendant OFD and its employees, agents, officers, directors, shareholders, subsidiaries, parent companies, related companies, all persons under the direction of OFD, and other persons in active concert or participation with any of them and who receive actual notice of this Order (together, the "Enjoined Parties"), are hereby permanently prohibited from importing,

1  reproducing, distributing, making derivative works of, or publicly displaying any products
2  within the United States in the INDIA SALAAM Packaging or in any packaging that is
3  substantially similar to, or likely to cause confusion with, the KRBL Trade Dress.
4      The Court does not award any monetary relief to either Party, and each Party shall
5  bear its own costs and attorneys' fees.  This is a final order.
6  Date:  August 26, 2016

                                     _____
                                         Percy Anderson
                                   UNITED STATES DISTRICT JUDGE

AGREED TO IN FORM AND IN SUBSTANCE:

   /s/ Leigh C. Taggart
Leigh C. Taggart   (P63765)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
39400 Woodward Ave., Ste. 101
Bloomfield Hills, MI 48304-5151
(248) 566-8496
ltaggart@honigman.com

Attorneys for Plaintiff KRBL, Ltd.

///
///
///
///
///

1    /s/ Joseph Miskabi
Joseph Miskabi (SBN: 279735)
Law Offices of Joseph Miskabi, APC
8730 Wilshire Blvd. Suite 310
Beverly Hills, CA 90211
Phone: (424) 245-5740
joseph@miskabilaw.com

Attorneys for Defendant Overseas Food Distribution, LLC